This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INABS 2005-C, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES INABS 2005-C UNDER THE POOLING AND SERVICING AGREEMENT DATED SEPTEMBER 1, 2005**,

Plaintiff-Appellee,

v.                                                                    **NO. 34,942**

**EARNEST M. LUCERO a/k/a ERNEST M. LUCERO, CATHY I. LUCERO, and THE STATE OF NEW MEXICO DEPARTMENT OF TAXATION AND REVENUE,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF SAN MIGUEL COUNTY**
**Abigail Aragon, District Judge**

Rose L. Brand & Associates, P.C.
Karla K. Poe
Albuquerque, NM

for Appellee

Ernest M. Lucero
Cathy I. Lucero
Las Vegas, NM

Pro Se Appellants

**MEMORANDUM OPINION**

**KENNEDY, Judge.**

{1}     Defendants-Appellants (Homeowners) appeal in a self-represented capacity from the district court's ruling that Plaintiff-Appellee Deutsche Bank National Trust Company (Bank) has standing to enforce the note and the mortgage. [RP Vol.II/274, 311] Our notice proposed to dismiss for lack of a final order. Homeowners did not file a response to our notice, and Bank filed a response in support. For reasons provided in our notice, we dismiss for lack of a final order.

{3}     **IT IS SO ORDERED.**

_____
                                    **RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

2

_____

**LINDA M. VANZI, Judge**